United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02391-HWV |
| Rene A Perez Carmona | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 10, 2025 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rene A Perez Carmona, 141 Andreas St, Winter Haven, FL 33881-9738 |
| 5736691 | | AdventHealth Heart of Florida, 40100 Us-27, Davenport, FL 33837 |
| 5736713 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5736705 | + | State of New York, 20 Park Hill Ave, Yonkers, NY 10701-4114 |
| 5736710 | + | Triple Crown Corporation, Attn: Collections Department, 6385 Flank Dr Suite 100, Harrisburg, PA 17112-2980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5736692 | EDI: BANKAMER | Dec 10 2025 23:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5736693 | EDI: CAPITALONE.COM | Dec 10 2025 23:44:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5736694 | Email/Text: bankruptcy@sunrisecreditservices.com | Dec 10 2025 18:42:00 | Charter Communications, 260 Airport Plaza Blvd, Farmingdale, NY 11735-3946 |
| 5736695 | EDI: CITICORP | Dec 10 2025 23:44:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5736696 | EDI: WFNNB.COM | Dec 10 2025 23:44:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5736698 | EDI: WFNNB.COM | Dec 10 2025 23:44:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5736697 | EDI: WFNNB.COM | Dec 10 2025 23:44:00 | Comenity/MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 5736699 | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2025 18:51:34 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5736711 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 10 2025 18:42:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5736700 | EDI: DISCOVER | Dec 10 2025 23:44:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5736701 | Email/Text: accountresearch@goodleap.com | Dec 10 2025 18:42:00 | Goodleap LLC., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 5736712 | EDI: IRS.COM | Dec 10 2025 23:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5736702 | + Email/Text: bknotification@loandepot.com | Dec 10 2025 18:42:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Ctr, Foothill Ranch, CA 92610-2808 |
| 5736703 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 10 2025 18:51:34 | Merrick Bank Corp, PO Box 9201, Old Bethpage, |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 5736704 | Email/Text: bankruptcynotice@midflorida.com | Dec 10 2025 18:42:00 | Midflorida Credit Union, Attn: Bankruptcy, PO Box 8008, Lakeland, FL 33802-8008 |
| 5736715 | EDI: PENNDEPTREV | Dec 10 2025 23:44:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5736706 | Email/Text: bankruptcy@sunrisecreditservices.com | Dec 10 2025 18:42:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 5736707 | EDI: SYNC | Dec 10 2025 23:44:00 | Syncb/Car Care SE Toyo, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5736708 | EDI: SYNC | Dec 10 2025 23:44:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5736709 | EDI: SYNC | Dec 10 2025 23:44:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5736714 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Dec 10 2025 18:42:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5736716 | ^ MEBN | Dec 10 2025 18:40:50 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Matthew Hyams | on behalf of Debtor 1 Rene A Perez Carmona jmh@johnnyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Leon P. Haller | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Matthew K. Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1: Rene A Perez Carmona (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx–xx–7526<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:25-bk-02391-HWV | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rene A Perez Carmona

12/10/25

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318      **Order of Discharge**      page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2